# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DEERE CREDIT, INC.

VERSUS

LRS, LLC, JEREMY LANDRY
TRUCKING, LLC, AND JEREMY
JOSEPH LANDRY

NO.   2024 CW 1074

**JANUARY 13, 2025**

---

In Re:    Deere Credit, Inc., applying for supervisory writs, 23rd
          Judicial District Court, Parish of Assumption, No.
          38481.

---

**BEFORE:    THERIOT, HESTER, AND EDWARDS, JJ.**

   **WRIT DENIED.**

                              MRT
                              CHH
                              BDE

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT